## CERTIFICATE OF SERVICE

On **March 28, 2008,** I, Thomas W. Vanasse, the undersigned, served the within: **Summons and Complaint** on each entity listed below addressed as follows:

### By Certified Mail:

Andrea Quarantillo
District Director
New York District Office
USCIS/DHS
26 Federal Plaza
NY, NY 10278

Emilio T. Gonzales, Director
USCIS,
Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Office of General Counsel
U.S. Department of Homeland Security
Washington D.C. 20528

Michael B. Mukasey, Attorney General
United States Department of Justice
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Robert S. Mueller, III
Director Federal Bureau of Investigations
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2008

**Thomas W. Vanasse, Esq.**

⁎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Imran Khan, A89 636 549

V.

Andrea Quarantillo, Director NYC District
U.S. Citizenship & Immigration Services et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3052**

**JUDGE SWAIN**

TO: (Name and address of Defendant)

Andrea Quarantillo, Director, USCIS, 26 Federal Plaza, NY, NY 10278
Michael J. Garcia, US Attorney, Southern Dist. NY, 86 Chambers St., 3rd Flr., NY, NY 10007, Emilio T. Gonzalez, Director, USCIS, Michael Chertoff, Secretary DHS, c/o Office of General Counsel, US DHS, Washington DC 20528, Michael B. Mukasey, Attorney General United States Dep't of Justice, 950 Pennsylvania Ave., NW Washington DC 20530-0001; Robert S. Mueller, III, FBI, 935 Penn. Ave., Washington DC,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Vanasse, Esq.
Wildes & Weinberg, P.C.
515 Madison Ave., 8th Flr.
New York, NY 10022



COPY RECEIVED
MAR 26 2008
U.S. ATTORNEY'S SDNY

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

*[signature]*

(By) DEPUTY CLERK

DATE

MAR 2 6 2008