UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IMRAN KHAN,

                Plaintiff,                                 **ECF CASE**

      v.

                                                              08 Civ. 3052 (LTS)

ANDREA QUARANTILLO, et al.,

                Defendants.                            NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          April 7, 2008

                                                         Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                          Southern District of New York

                                       By:    /s/_____
                                                          F. JAMES LOPREST, JR.
                                                          Special Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                           New York, New York 10007
                                                           Telephone: (212) 637-2728
                                                           Facsimile: (212) 637-2786
                                                           Email: james.loprest@usdoj.gov

TO:    Thomas W. Vanasse, Esq.
         Wildes & Weinberg, P. C.
         515 Madison Ave., 8th Floor
         New York, NY 10022