MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 2 2008

ORIGINAL

RECEIVED
MAY — 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

SWORN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IMRAN KHAN (A89 646 549)

                Plaintiff,

      - v. -

ANDREA QUARANTILLO, et al.,

                Defendants.
------------------------------------------------------------x

STIPULATION AND ORDER OF DISMISSAL

08 Civ. 3052 (LTS)

      IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       April 30, 2008

WILDES & WEINBERG, P.C.
Attorneys for Plaintiff

By: _____
TOM VANASSE, ESQ.
515 Madison Avenue, 8th Floor
New York, NY 10168
Tel. No.: (212) 753-3468

Dated: New York, New York
       April 5, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____ 5/12/08
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE